IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM SERRANO,<br><br>        Plaintiff,<br><br>    v.<br><br>180 CONNECT, INC., et al.,<br><br>        Defendants. | NO. C06-1363 TEH<br><br><u>ORDER VACATING APRIL 24,<br>2006 HEARING ON MOTION<br>FOR PARTIAL SUMMARY<br>JUDGMENT</u> |

This matter comes before the Court on Defendants' motion for partial summary judgment filed on March 17, 2006, and Plaintiff's motion to remand filed on March 24, 2006. Given that the motion to remand raises threshold issues, the Court will consider the motion to remand first. Accordingly, IT IS HEREBY ORDERED that the April 24, 2006 hearing on the motion for partial summary judgment is VACATED until further notice.

**IT IS SO ORDERED.**

Dated: March 28, 2006

                                      THELTON E. HENDERSON, JUDGE
                                      UNITED STATES DISTRICT COURT