1    MICHAEL HOFFMAN, Bar No. 162496
LITTLER MENDELSON

2    A Professional Corporation
650 California Street, 20th Floor

3    San Francisco, CA  94108.2693
Telephone:    415.433.1940

4    Facsimile:    415.399.8490

5    JODY A. LANDRY, Bar No. 125743
LITTLER MENDELSON

6    A Professional Corporation
501 W. Broadway, Suite 900

7    San Diego, CA  92101.3577
Telephone:    619.232.0441

8    Facsimile:    619.232.4302

9    Attorneys for Defendants
180 CONNECT, INC.; IRONWOOD

10    COMMUNICATIONS, INC.; and MOUNTAIN
CENTER, INC.

11

12

13    UNITED STATES DISTRICT COURT

14    NORTHERN DISTRICT OF CALIFORNIA

15    SAN FRANCISCO DIVISION

| | |
|---|---|
| 16  WILLIAM SERRANO, | Case No. C 06-01363 TEH |
| 17        Plaintiff, | **STIPULATION AND ~~PROPOSED~~ ORDER TO CONTINUE HEARING DATE AND CASE MANAGEMENT SCHEDULE** |
| 18     v. | |
| 19  180 CONNECT, INC.; MOUNTAIN SATELLITE, INC.; IRONWOOD | |
| 20  COMMUNICATIONS, INC.; and MOUNTAIN CENTER, INC., | |
| 21        Defendants. | |

22

23    IT IS HEREBY STIPULATED, by and between Plaintiff and Defendants, through

24  their respective counsel and subject to approval by the Court, as follows:

25        1.    On March 20, 2006, Defendants filed a motion for partial summary judgment,

26  which is presently set for hearing on April 24, 2006.

27        2.    On March 24, 2006, Plaintiff filed a motion for remand, which is presently set

28  for hearing on May 1, 2006.

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA  94108 2693
415 433 1940

STIPULATION TO CONTINUE HEARING DATE
AND CASE MANAGEMENT SCHEDULE    1.    CASE NO. C 06-01363 TEH

3.      Plaintiff requested that Defendants continue the hearing date on the motion for partial summary judgment until the Court rules on Plaintiff's remand motion.  Defendants agreed to this request.

4.      If the Court grants Plaintiff's motion and remands the action to state court, the pending motion of Defendants will be moot.  In order to avoid the burden on Plaintiff and the Court of addressing Defendants' pending motion, which may become moot, Defendants further agreed to continue the hearing date five weeks after May 1, 2006.

5.      If the Court denies Plaintiff's remand motion, Defendants' partial summary judgment motion will be at issue again.  Because the Court's ruling on Defendants' motion may limit the scope of the action and, by extension, the scope of discovery, Defendants requested that Plaintiff stipulate to a comparable five-week continuance of the Court's case management schedule for:  meeting and conferring re initial disclosures, early settlement, ADR process selection, and discovery plan (presently June 5, 2006); serving initial disclosures and Rule 26(f) discovery plan (presently June 19, 2006); filing and serving case management statement and Rule 26(f) report (presently June 19, 2006), and the case management conference (presently June 26, 2006).  Plaintiff agreed to this request.

6.      In accordance with the foregoing, the parties stipulate and request that the Court make the following changes to its motion calendar and case management schedule:

June 5, 2006:  Hearing date on Defendants' motion for partial summary judgment. Plaintiff's opposition shall be due on May 15, 2006 (21 days before the hearing) and Defendants' reply shall be due on May 22, 2006 (14 days before the hearing).

July 10, 2006:  Last day to meet and conferring re initial disclosures, early settlement, ADR process selection, and discovery plan.

July 24, 2006:  Last day to serve initial disclosures and Rule 26(f) discovery plan; and file and serve case management statement and Rule 26(f) report.

July 31, 2006:  Case management conference in Courtroom 12 at 1:30 p.m.

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108 2693
415 433 1940

STIPULATION TO CONTINUE HEARING DATE
AND CASE MANAGEMENT SCHEDULE                    2.                    CASE NO. C 06-01363 TEH

1  Dated: March 29, 2006

2                                          _____

3                                          MICHAEL HOFFMAN
                                           LITTLER MENDELSON
4                                          A Professional Corporation
                                           Attorneys for Defendants
5                                          180 CONNECT, INC.; IRONWOOD
                                           COMMUNICATIONS, INC.; and
6                                          MOUNTAIN CENTER, INC.

7  Dated: March _____, 2006

8

9                                          _____
                                           JADE BUTMAN
10                                         KELLER GROVER L.L.P.
                                           Attorneys for Plaintiff
11                                         WILLIAM SERRANO

12                                **ORDER**

13         Pursuant to the aforementioned stipulation and good cause appearing, the Court

14  modifies its motion calendar and case management schedule as follows:

15         ~~June 5, 2006: Hearing date on Defendants' motion for partial summary judgment.~~

16                 ~~Plaintiff's opposition shall be due on May 15, 2006 (21 days before~~

17                 ~~the hearing) and Defendants' reply shall be due on May 22, 2006~~

18                 ~~(14 days before the hearing)~~.

19         July 10, 2006: Last day to meet and conferring re initial disclosures, early settlement,

20                 ADR process selection, and discovery plan.

21         July 24, 2006: Last day to serve initial disclosures and Rule 26(f) discovery plan; and

22                 file and serve case management statement and Rule 26(f) report.
                 Aug. 7
23         ~~July 31~~, 2006: Case management conference in Courtroom 12 at 1:30 p.m.

24         IT IS SO ORDERED.

25

26                                          _____
                                                            CT JUDGE
27  Firmwide:80943301.1 044840.1033

28

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA  94108 2693
415 433 1940

**STIPULATION TO CONTINUE HEARING DATE**          3.          **CASE NO. C 06-01363 TEH**
**AND CASE MANAGEMENT SCHEDULE**

Judge Thelton E. Henderson