MICHAEL HOFFMAN, Bar No. 162496
LITTLER MENDELSON
A Professional Corporation
650 California Street, 20th Floor
San Francisco, CA 94108.2693
Telephone: 415.433.1940
Facsimile: 415.399.8490

JODY A. LANDRY, Bar No. 125743
LITTLER MENDELSON
A Professional Corporation
501 W. Broadway, Suite 900
San Diego, CA 92101.3577
Telephone: 619.232.0441
Facsimile: 619.232.4302

Attorneys for Defendants 180 CONNECT, INC.;
IRONWOOD COMMUNICATIONS, INC.; and
MOUNTAIN CENTER, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WILLIAM SERRANO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>180 CONNECT, INC.; MOUNTAIN SATELLITE, INC.; IRONWOOD COMMUNICATIONS, INC.; and MOUNTAIN CENTER, INC.,<br><br>　　　　　Defendants. | Case No. C 06-01363 TEH<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER TO CONTINUE HEARING DATE AND CASE MANAGEMENT SCHEDULE** |

　　　　IT IS HEREBY STIPULATED, by and between Plaintiff and Defendants, through their respective counsel and subject to approval by the Court, as follows:

　　　　1. On March 24, 2006, Plaintiff filed a motion for remand. By Order entered June 21, 2006, the Court permitted supplemental briefing. The motion is under submission.

---

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIPULATION TO CONTINUE CASE
MANAGEMENT SCHEDULE

1.

CASE NO. C 06-01363 TEH

2. On March 20, 2006, Defendants filed a motion for partial summary judgment, which was set for hearing on April 24, 2006. In response to Plaintiff's motion for remand, the Court vacated the hearing on Defendants' motion for partial summary judgment.

3. On March 30, 2006, the Court vacated and rescheduled the case management dates for: meeting and conferring re initial disclosures, early settlement, ADR process selection, and discovery plan (presently July 10, 2006); serving initial disclosures and Rule 26(f) discovery plan (presently July 24, 2006); filing and serving case management statement and Rule 26(f) report (presently July 31, 2006), and the case management conference (presently August 7, 2006).

4. If the Court grants Plaintiff's motion and remands the action to state court, Defendants submit that the case management proceedings will be improper and an inefficient use of resources.

5. Based on the foregoing, the parties stipulate and request that the Court make the following changes to its case management schedule:

August 21, 2006:   Last day to meet and conferring re initial disclosures, early settlement, ADR process selection, and discovery plan.

September 1, 2006:   Last day to serve initial disclosures and Rule 26(f) discovery plan; and file and serve case management statement and Rule 26(f) report.

September 11, 2006: Case management conference in Courtroom 12 at 1:30 p.m.

Dated: July 17, 2006

*[signature]*
MICHAEL HOFFMAN
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendants
180 CONNECT, INC.; IRONWOOD
COMMUNICATIONS, INC.; and
MOUNTAIN CENTER, INC.

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108 2693
415 433 1940

STIPULATION TO CONTINUE CASE MANAGEMENT SCHEDULE    2.    CASE NO. C 06-01363 TEH

Dated: July 12, 2006

*/s/ E.A. Grover*
ERIC A. GROIVER
KELLER GROVER L.L.P.
Attorneys for Plaintiff
WILLIAM SERRANO

## ORDER

Pursuant to the aforementioned stipulation and good cause appearing, the Court modifies its case management schedule as follows:

August 21, 2006:   Last day to meet and conferring re initial disclosures, early settlement, ADR process selection, and discovery plan.

September 1, 2006:   Last day to serve initial disclosures and Rule 26(f) discovery plan; and file and serve case management statement and Rule 26(f) report.

September 11, 2006: Case management conference in Courtroom 12 at 1:30 p.m.
The case management conference statement is due Sept. 1, 2006

IT IS SO ORDERED.

Firmwide:81395629.1 044840.1033

_____
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
*/s/ Thelton E. Henderson*
Judge Thelton E. Henderson

07/17/06

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIPULATION TO CONTINUE CASE MANAGEMENT SCHEDULE       3.       CASE NO. C 06-01363 TEH

Received   Jul-17-06   10:02am   From-4155437861   To-LITTLER MENDELSON   Page 002