| | |
|---|---|
| Eric A. Grover, Esq. (SBN 136080) | |
| Jade Butman, Esq. (SBN 235920) | |
| **KELLER GROVER LLP** | |
| 425 Second Street, Suite 500 | |
| San Francisco, CA  94107 | |
| Tel. (415) 543-1305; Fax: (415) 543-7861 | |
| eagrover@kellergrover.com | |
| jbutman@kellergrover.com | |

Mark R. Thierman, Esq. (SBN 72913)
**THIERMAN LAW FIRM**
7287 Lakeside Drive
Reno, Nevada  89511
Tel. (775) 284-1500; Fax (775) 703-5027
laborlawyer@pacbell.net

| | |
|---|---|
| Scott A. Miller, Esq. (SBN 230322) | Steven L. Miller, Esq. (SBN 106023) |
| **LAW OFFICES OF SCOTT A. MILLER, A.P.C.** | **STEVEN L. MILLER, A PROFESSIONAL LAW CORP.** |
| 16133 Ventura Blvd., Suite 1200 | 16133 Ventura Blvd., Suite 1200 |
| Encino, CA  91436 | Encino, CA  91436 |
| Tel. (818) 788-8081; Fax (818) 788-8080 | Tel. (818) 986-8900 Fax: (818) 990-7900 |
| millaw@sbcglobal.net | stevenlmiller@sbcglobal.net |

Attorneys for Plaintiff
William Serrano

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM SERRANO, on behalf of himself, the general public, and as an "aggrieved employee" under the California Labor Code Private Attorneys General Act, | Case No.:  C 06-1363 TEH |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER RE DISMISSAL OF CERTAIN CLAIMS** |
| v. | **F.R.C.P. 41(a)** |
| 180 CONNECT INC., MOUNTAIN SATELLITE, INC., IRONWOOD COMMUNICATIONS, MOUNTAIN CENTER INC. and DOES 1 through 50 inclusive | Hon. Thelton E. Henderson |
| Defendants. | |

Stipulation and [Proposed] Order Re Dismissal of Certain Claims
CASE NO. C 06-1363 TEH

IT IS HEREBY STIPULATED by Plaintiff William Serrano and Defendants 180 Connect Inc., Mountain Center Inc. and Ironwood Communications, through their respective counsel of record, that the following causes of action alleged in the Complaint filed January 23, 2006 in San Francisco County Superior Court (and subsequently removed to this Court), be and hereby are dismissed WITHOUT PREJUDICE:  Fourth Cause of Action (Failure to Pay Overtime Wages); Fifth Cause of Action (Failure to Provide Accurate Wage Statements); Sixth Cause of Action (Failure to Provide Adequate Meal Periods); Seventh Cause of Action (Failure to Provide Adequate Rest Breaks); Eighth Cause of Action (Cal. Bus. & Prof. Code § 17200 Unpaid Wages and Meal and Rest Break Violations); and Ninth Cause of Action (Failure to Pay Wages Upon Termination).  Under Rule 23 of the Federal Rules of Civil Procedure, as amended in 2003, this dismissal WITHOUT PREJUDICE does not resolve the claims of any putative class members in connection with the dismissed claims.

Currently pending in the San Bernardino County Superior Court is a putative class action which allges, among other claims, violations of law encompassed by the Fifth through Ninth Causes of Action referecned above.  That case is entitled *Michael W. Cicer, et al v. Mountain Center, Inc., et al,* Case No. VCVVS 043274.

Nothing in this Stipulation is meant to affect the First, Second or Third Causes of Action alleged herein.

IT IS SO STIPULATED.

Dated:  September 4, 2007                                        KELLER GROVER LLP


By: _____/s/_____
                ERIC A. GROVER

Attorneys for Plaintiff
William Serrano

---

1
Stipulation and [Proposed] Order Re Dismissal of Certain Claims
CASE NO. C 06-1363 TEH

1 | Dated:  September 4, 2007                                         LITTLER MENDELSON P.C.

2

3                                                                              By: _____/s/_____
4                                                                                        MICHAEL HOFFMAN

5                                                                              Attorneys for Defendants

6

7      In accordance with the terms of the above stipulation, the Fourth, Fifth, Sixth,

8  Seventh, Eighth and Ninth Causes of Action are hereby dismissed WITHOUT

9  PREJUDICE.

10       IT IS SO ORDERED.

11

12

13  Dated:  _____09/05/07_____
                                                             United States District Court Judge

*Judge Thelton E. Henderson*