1  MICHAEL HOFFMAN, Bar No. 162496
   LITTLER MENDELSON
2  A Professional Corporation
   650 California Street, 20th Floor
3  San Francisco, CA 94108.2693
   Telephone: 415.433.1940
4  Facsimile: 415.399.8490

5  JODY A. LANDRY, Bar No. 125743
   LITTLER MENDELSON
6  A Professional Corporation
   501 W. Broadway, Suite 900
7  San Diego, CA 92101.3577
   Telephone: 619.232.0441
8  Facsimile: 619.232.4302

9  Attorneys for Defendants 180 CONNECT, INC.;
   IRONWOOD COMMUNICATIONS, INC.; and
10 MOUNTAIN CENTER, INC.

11

12                    UNITED STATES DISTRICT COURT

13                   NORTHERN DISTRICT OF CALIFORNIA

14                         SAN FRANCISCO DIVISION

15 | WILLIAM SERRANO,                    | Case No. C 06-01363 TEH
16 |         Plaintiff,                  | STIPULATION AND ~~PROPOSED~~ ORDER
                                          | TO MODIFY BRIEFING SCHEDULE RE
17 |    v.                               | DEFENDANTS' MOTION FOR
                                          | SUMMARY JUDGMENT
18 | 180 CONNECT, INC.; MOUNTAIN         |
   | SATELLITE, INC.; IRONWOOD           |
19 | COMMUNICATIONS, INC.; and           |
   | MOUNTAIN CENTER, INC.,              |
20 |                                     |
   |         Defendants.                 |
21

22

23         IT IS HEREBY STIPULATED, by and between Plaintiff and Defendants, through

24 their respective counsel and subject to approval by the Court, as follows:

25         1. At the Case Management Conference on November 5, 2007, the parties agreed to

26 a briefing schedule on Defendants' forthcoming motion for summary judgment. The motion was to

27 be filed on or before November 19, 2007. Defendants did not file the motion for summary judgment

28 until November 21, 2007.

STIPULATION TO MODIFY BRIEFING                1.                    CASE NO. C 06-01363 TEH
SCHEDULE

2. To account for Defendants' two-day delay in filing the motion for summary judgment, the parties stipulate that Plaintiff shall have two additional days to file his opposition papers. Plaintiff's opposition shall be due on or before December 19, 2007.

3. All other dates in the Court's order of November 5 shall remain in place.

Dated: November 26, 2007

                                                 /S/
MICHAEL HOFFMAN
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendants
180 CONNECT, INC.; IRONWOOD
COMMUNICATIONS, INC.; and
MOUNTAIN CENTER, INC.

Dated: November 26, 2006

                                                 /S/
ERIC A. GROVER
KELLER GROVER LLP
Attorneys for Plaintiff
WILLIAM SERRANO

**ORDER**

Pursuant to the stipulation and good cause appearing, IT IS SO ORDERED.

Firmwide:83688737.1 044840.1033

_____
UNITED STATES DISTRICT JUDGE

Judge Thelton E. Henderson
11/27/07

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIPULATION TO MODIFY BRIEFING SCHEDULE      2.      CASE NO. C 06-01363 TEH