1  MICHAEL HOFFMAN, Bar No. 162496
   LITTLER MENDELSON
2  A Professional Corporation
   650 California Street, 20th Floor
3  San Francisco, CA  94108.2693
   Telephone:   415.433.1940
4  Facsimile:    415.399.8490

5  JODY A. LANDRY, Bar No. 125743
   LITTLER MENDELSON
6  A Professional Corporation
   501 W. Broadway, Suite 900
7  San Diego, CA  92101.3577
   Telephone:   619.232.0441
8  Facsimile:    619.232.4302

9  Attorneys for Defendants 180 CONNECT, INC.;
   IRONWOOD COMMUNICATIONS, INC.; and
10 MOUNTAIN CENTER, INC.

11

12                    UNITED STATES DISTRICT COURT

13                   NORTHERN DISTRICT OF CALIFORNIA

14                         SAN FRANCISCO DIVISION

15  WILLIAM SERRANO,                    Case No. C 06-01363 TEH

16         Plaintiff,                   **STIPULATION AND ~~PROPOSED~~ ORDER
                                        TO WITHDRAW DEFENDANTS'**
17         v.                           **MOTION FOR SUMMARY JUDGMENT
                                        WITHOUT PREJUDICE**
18  180 CONNECT, INC.; MOUNTAIN
    SATELLITE, INC.; IRONWOOD
19  COMMUNICATIONS, INC.; and
    MOUNTAIN CENTER, INC.,
20
           Defendants.
21

22

23         IT IS HEREBY STIPULATED, by and between Plaintiff and Defendants, through

24  their respective counsel and subject to approval by the Court, as follows:

25         1.   At the Case Management Conference on November 5, 2007, the parties agreed to

26  a briefing schedule on Defendants' forthcoming motion for summary judgment. Defendants filed

27  the motion for summary judgment on November 21, 2007.

28

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

**STIPULATION TO WITHDRAW SUMMARY
JUDGMENT MOTION**           1.           **CASE NO. C 06-01363 TEH**

2. In the weeks subsequent to the filing of Defendants' motion, the parties have engaged in discussions regarding, among other things, the voluntary disclosure of information and documents relevant to Plaintiff's claims and the need for limited discovery that may aid Plaintiff in the preparation of his opposition to Defendants' motion.

3. The parties stipulate and request that the Court authorize Defendants to withdraw the motion for summary judgment prior to the filing of Plaintiff's opposition, as permitted under Local Rule 7-7, without prejudice to Defendants re-filing the motion prior to the Case Management Conference scheduled for January 23, 2008.

Dated: December 19, 2007

```
                                        /S/
                              MICHAEL HOFFMAN
                              LITTLER MENDELSON
                              A Professional Corporation
                              Attorneys for Defendants
                              180 CONNECT, INC.; IRONWOOD
                              COMMUNICATIONS, INC.; and
                              MOUNTAIN CENTER, INC.
```

Dated: December 19, 2007

```
                                        /S/
                              ERIC A. GROVER
                              KELLER GROVER LLP
                              Attorneys for Plaintiff
                              WILLIAM SERRANO
```

**ORDER**

Pursuant to the stipulation and good cause appearing, IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

12/20/07

Firmwide:83883034.1 044840.1033

**STIPULATION TO WITHDRAW SUMMARY JUDGMENT MOTION**        2.        **CASE NO. C 06-01363 TEH**