MICHAEL HOFFMAN, Bar No. 162496
LITTLER MENDELSON
A Professional Corporation
650 California Street, 20th Floor
San Francisco, CA 94108.2693
Telephone: 415.433.1940
Facsimile: 415.399.8490

JODY A. LANDRY, Bar No. 125743
LITTLER MENDELSON
A Professional Corporation
501 W. Broadway, Suite 900
San Diego, CA 92101.3577
Telephone: 619.232.0441
Facsimile: 619.232.4302

Attorneys for Defendants 180 CONNECT, INC.;
IRONWOOD COMMUNICATIONS, INC.; and
MOUNTAIN CENTER, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WILLIAM SERRANO,<br><br>Plaintiff,<br><br>v.<br><br>180 CONNECT, INC.; MOUNTAIN SATELLITE, INC.; IRONWOOD COMMUNICATIONS, INC.; and MOUNTAIN CENTER, INC.,<br><br>Defendants. | Case No. C 06-01363 TEH<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED, by and between Plaintiff and Defendants, through their respective counsel and subject to approval by the Court, as follows:

1. Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the parties agree to dismissal of the action with prejudice and all parties to bear their own attorneys' fees and costs.

2. The parties have not filed any class certification papers and the Court has not ruled on class certification. Nothing contained in this stipulation and proposed order for dismissal

pertains to the rights of putative class members or is intended to affect any rights of putative class members hereafter.

Dated: February 29, 2008

                                            /S/
MICHAEL HOFFMAN
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendants
180 CONNECT, INC.; IRONWOOD COMMUNICATIONS, INC.; and MOUNTAIN CENTER, INC.

Dated: February 29, 2008

                                            /S/
ERIC A. GROVER
KELLER GROVER LLP
Attorneys for Plaintiff
WILLIAM SERRANO

## ORDER

Pursuant to the stipulation and good cause appearing, IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Judge Thelton E. Henderson
03/03/08

Firmwide:84054036.1 044840.1033

ORDER FOR DISMISSAL      2.      CASE NO. C 06-01363 TEH